# Exhibit 2

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| Claim 1.1 An avatar rendering system for rendering a facial expression of a user, comprising: | As highlighted below, EMOTIV's own materials disclose EPOC X as a **14-channel wireless EEG headset** f or neuroscience/BCI use, and EmotivBCI as a platform supporting mental commands, performance metrics, facial expressions, and motion sensors. The EmotiveBCI can be used to animate an avatar of a user with the help of EEG Headset. **Product Related Information Below:** EPOC X 14-Channel professional EEG headset. Ideal for complex BCI environments. https://www.emotiv.com/emotiv-bci#extensions |

1

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
|  | <br><br>https://www.emotiv.com/epoc-x |

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| |  https://www.emotiv.com/emotiv-bci?srsltid=AfmBOoo5PLyr52T7X_89c_n6SnVHkwqVXx6sHmzfVNdqCpUDFFOs8klU |

3

Case 1:26-cv-00715-UNA    Document 1-2    Filed 06/18/26    Page 5 of 25 PageID #: 71

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
|  | Facial Expressions: muscle artifacts which commonly get rejected in laboratory EEG studies are diverted and classified to map the activation in different muscle groups and eye movement events. Our universal detections can be fine tuned for each individual to indicate 12 different facial expressions or events. Individuals with partial paralysis or unusual musculature can custom-train the activations. These events can be used to animate an avatar, detect specific responses and they may be tasked to execute commands.<br><br>https://www.emotiv.com/knowledge-base/emotiv-data-streams?srsltid=AfmBOoop8yK52tEI2QWH-FkLfvRXnySW_1gnoCCQd_BwGB_jqqxYmKxl |

4

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
|  |  **Introduction on Emotiv training on facial expressions** https://www.youtube.com/watch?v=67uG81mgoJ0 |

5

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| |  User with Emotiv headset and emotional avatar. https://www.researchgate.net/figure/User-with-Emotiv-headset-and-emotional-avatar_fig9_220110206 |
| Claim 1.2 an apparatus comprising a plurality | As highlighted below, EMOTIV's own materials disclose as that the EMOTIV's EPOC headset sensors are not limited to EEG only; at least in EMOTIV-cited research, the EPOC device is expressly used to |

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| of EMG (electromyography) electrodes configured for contact with a face of said user; and | acquire/process **EMG signals** through its **14 saline sensors**. That supports for "plurality of EMG electrodes/sensors". The cited EMOTIV research article describes an EMG-based HMI in which EPOC was used to detect trained muscular events involving eye movement direction and jaw open/closed states. This supports that the EPOC sensor array can acquire muscle-related EMG signals.<br><br>**Product Related Information Below:**<br><br><br>Graphical Abstract<br><br>https://www.mdpi.com/1424-8220/11/7/7110 |

7

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| | ## Abstract<br><br>An electromiographic (EMG)-based human-machine interface (HMI) is a communication pathway between a human and a machine that operates by means of the acquisition and processing of EMG signals. This article explores the use of EMG-based HMIs in the steering of farm tractors. An EPOC, a low-cost human-computer interface (HCI) from the Emotiv Company, was employed. This device, by means of 14 saline sensors, measures and processes EMG and electroencephalographic (EEG) signals from the scalp of the driver. In our tests, the HMI took into account only the detection of four trained muscular events on the driver's scalp: eyes looking to the right and jaw opened, eyes looking to the right and jaw closed, eyes looking to the left and jaw opened, and eyes looking to the left and jaw closed. The EMG-based HMI guidance was compared with manual guidance and with autonomous GPS guidance. A driver tested these three guidance systems along three different trajectories: a straight line, a step, and a circumference. The accuracy of the https://www.emotiv.com/blogs/independent-research/steering-a-tractor-by-means-of-an-emg-based-human-machine-interface?srsltid=AfmBOorLphaF3722nQ_xcvRuBujVFZqnD_mL_M76Nyk6BW-KJStxA_I1 |

8

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| |  https://www.emotiv.com/epoc-x |
| Claim 1.3 a computational device configured with instructions operating thereon to cause the computational device to: | As highlighted below, EPOC X operates with EMOTIV's software ecosystem, including Cortex API/SDK, EmotivBCI, and EmotivPRO. These software tools indicate a computational device/software environment configured to receive, process, and output headset-derived data. Further, the software connects with headset via a USB device.<br><br>**Product Related Information Below:** |

9

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| |  The universal USB receiver (dongle) uses a proprietary 2.4 GHz protocol to stream data from the headset. We recommend using this to connect to your headset on a PC or Laptop; once connected it remembers the serial number of the headset pairs to allow easy reconnection. The dongle pairing also allows multiple headsets to co-exist and provides a reliable high speed connection over Bluetooth Low Energy (BLE). https://fcc.report/FCC-ID/2ADIH-EPOC03/4649862.pdf |

10

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| |  |

11

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| Claim 1.4 process a plurality of EMG signals received from said EMG electrodes to form processed EMG signals; | As highlighted below, EMOTIV evidence supports processing of headset-acquired EMG/facial-muscle signals. The tractor-steering article expressly describes the EPOC device as measuring and processing EMG and EEG signals using 14 saline sensors. EMOTIV's facial-expression page also states that facial muscle/eye signals are filtered and classified as "Smart Artifacts." This supports processing of muscle-derived EMG-type signals, although the device remains primarily marketed as an EEG headset.<br><br>**Product Related Information Below:**<br><br><br>Graphical Abstract<br><br>https://www.mdpi.com/1424-8220/11/7/7110 |

12

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| | ## Abstract<br><br>An electromiographic (EMG)-based human-machine interface (HMI) is a communication pathway between a human and a machine that operates by means of the acquisition and processing of EMG signals. This article explores the use of EMG-based HMIs in the steering of farm tractors. An EPOC, a low-cost human-computer interface (HCI) from the Emotiv Company, was employed. This device, by means of 14 saline sensors, measures and processes EMG and electroencephalographic (EEG) signals from the scalp of the driver. In our tests, the HMI took into account only the detection of four trained muscular events on the driver's scalp: eyes looking to the right and jaw opened, eyes looking to the right and jaw closed, eyes looking to the left and jaw opened, and eyes looking to the left and jaw closed. The EMG-based HMI guidance was compared with manual guidance and with autonomous GPS guidance. A driver tested these three guidance systems along three different trajectories: a straight line, a step, and a circumference. The accuracy of the https://www.emotiv.com/blogs/independent-research/steering-a-tractor-by-means-of-an-emg-based-human-machine-interface?srsltid=AfmBOorLphaF3722nQ_xcvRuBujVFZqnD_mL_M76Nyk6BW-KJStxA_I1 |

13

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
|  | The brain is all about context. Emotiv Epoc X is a research-grade wireless EEG headset designed for real-world neuroscience, from labs to classrooms and mobile field studies, so you can witness internal reactions that shape the human experience as they happen.<br>https://www.emotiv.com/epoc-x |

14

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| | ## Facial Expressions<br><br>EMOTIV EPOC has 14 EEG sensors of which 8 are positioned around the frontal and prefrontal lobes, which by virtue of their location pick up signals from facial muscles and the eyes. Most EEG systems treat these signals as noise and they are filtered or ignored when interpreting the signals. The EMOTIV detection system also filters these signals out before interpreting the brain signals, however, we also use these signals to classify which muscle groups are causing them, we call this Smart Artifacts.<br><br>https://www.emotiv.com/knowledge-base/facial-expressions?srsltid=AfmBOoqLBQo93IAxXucYM8G6wSFA2g_G7azYM-i6JdWpVKs6DIgst7CN& |
| Claim 1.5 classify a facial expression according to said processed EMG using a classifier; | As highlighted below, EMOTIV expressly discloses that its detection system uses signals from facial muscles and eyes to classify which muscle groups are causing them. It identifies facial-expression detections such as blink, wink, raised eyebrows, furrowed brows, smile, and clenched teeth. The Cortex API also supports facial-expression detections as BCI data.<br><br>**Product Related Information Below:** |

15

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| | **Facial Expressions**<br><br>EMOTIV EPOC has 14 EEG sensors of which 8 are positioned around the frontal and prefrontal lobes, which by virtue of their location pick up signals from facial muscles and the eyes. Most EEG systems treat these signals as noise and they are filtered or ignored when interpreting the signals. The EMOTIV detection system also filters these signals out before interpreting the brain signals, however, we also use these signals to classify which muscle groups are causing them, we call this Smart Artifacts.<br><br>We have developed efficient classifiers to detect many facial expressions, including blink, left wink, right wink, raised eyebrows (surprise), furrowed brows (frown), smile and clenched teeth.<br><br>Our Facial Expressions are detected from muscle noise, except for eye rotations which arise from the fact that the eye is electrically polarized and the moving dipole also creates a detectable electrical signal. It is a challenge with conventional EEG systems to<br><br>https://www.emotiv.com/knowledge-base/facial-expressions?srsltid=AfmBOoqLBQo93IAxXucYM8G6wSFA2g_G7azYM-i6JdWpVKs6DIgst7CN& |

16

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| Claim 1.6 blend a classified facial expression with a basic avatar shape to form a blended avatar; and | As highlighted below, EMOTIV discloses that its facial-expression system detects/classifies expressions such as blink, wink, raised eyebrows, furrowed brows, smile, and clenched teeth from facial muscle/eye signal patterns. EMOTIV BCI further discloses that facial expressions may be combined with other BCI inputs and used as usable control inputs to control applications, trigger workflows, and power interactive systems, including apps and games. Based on the highlighted product/demo/Video information, EMOTIV appears to provide an avatar/graphical representation where a selected or classified facial expression is applied to a basic avatar face, thereby forming an avatar state corresponding to the detected expression. That supports the classified facial expression is blended/applied to a basic avatar shape to generate a blended avatar.<br><br>**Product Related Information Below:**<br><br>We took a different approach, which is that there is valuable information about the user's facial expression which can be derived from the pattern of muscle signals, and we developed specific classifier systems to allocate different muscle group activation patterns to specific expressions. We are then able to apply some filtering to our brain signals so that we can have a better chance of seeing the real brain signal through the muscle noise to identify the kinds of muscle signals.<br><br>https://www.emotiv.com/knowledge-base/facial-expressions?srsltid=AfmBOoqLBQo93IAxXucYM8G6wSFA2g_G7azYM-i6JdWpVKs6DIgst7CN& |

17

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
|  |  |

18

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
|  | **Designed for Human-Centered Interaction**<br><br>EmotivBCI turns human intent into usable control inputs you can deploy swiftly with confidence. Use trained mental commands on their own or combine them with facial expressions, performance metrics, and head movement. Optimized for stable recognition across repeated actions, our brain computer interface software uses advanced machine learning to control applications, trigger workflows, and power real-world interactions—from assistive technology to apps, games, music, art, and IoT systems.<br><br>https://www.emotiv.com/emotiv-bci?srsltid=AfmBOoo5PLyr52T7X_89c_n6SnVHkwqVXx6sHmzfVNdqCpUDFFOs8klU |

19

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| | <br>**Introduction on Emotiv training on facial expressions**<br>https://www.youtube.com/watch?v=67uG81mgoJ0 |
| Claim 1.7 render said blended avatar. | As highlighted below, EMOTIV BCI discloses that facial expressions can be combined with other BCI inputs and used to control applications and power interactive systems, including apps and games. Based on the highlighted product/demo information, EMOTIV appears to visually display or render an avatar/graphical representation corresponding to the selected/classified facial expression. Therefore, the system renders the blended avatar generated from the classified facial expression.<br><br>EMOTIV BCI further discloses that facial expressions trained profile can be utilized by the other third party applications in real world usage.<br>**Product Related Information Below:** |

20

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
|  |  **Introduction on Emotiv training on facial expressions** https://www.youtube.com/watch?v=67uG81mgoJ0 |

21

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| |  |

22

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
|  |  |

23

| U.S. Patent No. 11,709,548 B2 [Claim] | EMOTIV (EPOC X) [Relevant Text / Images] |
|---|---|
| | **Designed for Human-Centered Interaction**<br><br>EmotivBCI turns human intent into usable control inputs you can deploy swiftly with confidence. Use trained mental commands on their own or combine them with facial expressions, performance metrics, and head movement. Optimized for stable recognition across repeated actions, our brain computer interface software uses advanced machine learning to control applications, trigger workflows, and power real-world interactions—from assistive technology to apps, games, music, art, and IoT systems.<br><br>https://www.emotiv.com/emotiv-bci?srsltid=AfmBOoo5PLyr52T7X_89c_n6SnVHkwqVXx6sHmzfVNdqCpUDFFOs8klU<br><br>Facial Expressions: muscle artifacts which commonly get rejected in laboratory EEG studies are diverted and classified to map the activation in different muscle groups and eye movement events. Our universal detections can be fine tuned for each individual to indicate 12 different facial expressions or events. Individuals with partial paralysis or unusual musculature can custom-train the activations. These events can be used to animate an avatar, detect specific responses and they may be tasked to execute commands.<br><br>https://www.emotiv.com/knowledge-base/emotiv-data-streams?srsltid=AfmBOoop8yK52tEI2QWH-FkLfvRXnySW_1gnoCCQd_BwGB_jqqxYmKxl |

24